IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

2010 STEWART ROAD, GRANTS PASS,
JOSEPHINE COUNTY, STATE AND DISTRICT
OF OREGON, REAL PROPERTY WITH
BUILDINGS, APPURTENANCES, AND
IMPROVEMENTS, in rem,

        Defendant.

CV 04-1605-MA

ORDER OF DISMISSAL

This matter having come before the court on plaintiff's motion to dismiss,

and based upon the records and files of this action,

IT IS HEREBY ORDERED this action is dismissed.

SO ORDERED this _23_ day of _April_, 2007.

_____

MALCOLM F. MARSH
United States District Judge